**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8074**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANGELA GWEN BLAIR,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. C. Weston Houck, Senior District Judge. (4:00-cr-00603-CWH-11)

Submitted: February 19, 2009    Decided: February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angela Gwen Blair, Appellant Pro Se. Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Gwen Blair appeals the district court's order denying her motion filed under 18 U.S.C. § 3582 (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Blair</u>, No. 4:00-cr-00603-CHW-11 (D.S.C. filed Sept. 15, 2008 & entered Sept. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>